# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COREY ALAN BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00401 |
| ) | Judge Trauger |
| DERRICK SCHOFIELD, ET AL., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On January 26, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 59), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED with prejudice.

This order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 12th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge